RECEIVED
IN ALEXANDRIA, LA.

SEP 0 1 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| HENRY YOUNG,<br>    Appellant | CIVIL ACTION<br>NO. CV08-0474 |
| VERSUS | |
| U.S. Commissioner of Social Security,<br>    Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Young's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of September, 2009.

                                          JAMES T. TRIMBLE
                                   UNITED STATES DISTRICT JUDGE